UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARKUS IRVING
    *Plaintiff,*

CASE NO. 18-11617
HON. GERSHWIN A. DRAIN

v.

ANTHONY PALMER,
    *Defendant,*

---

## AMENDED ORDER GRANTING PRELIMINARY INJUNCTION [#3]

**THIS MATTER** having come before the Court on Plaintiff's Ex-Parte Motion for Temporary Restraining Order and Preliminary Injunction, and the Court having heard oral argument and finding that Plaintiff has met his burden under Fed. R. Civ. P. 65 on the basis that the Plaintiff established that: (1) there is a substantial likelihood of success on the merits of Plaintiff's Complaint; (2) irreparable injury will result to Plaintiff if the injunction is denied; (3) the threatened injury of continuous and on-going defamation to Plaintiff outweighs the injury to Defendant; and (4) the injunction is not adverse to the public interest:

**IT IS HEREBY ORDERED** that Defendant Anthony Palmer and all other persons in active concert or in participation with Defendant, are hereby enjoined from making, in any manner and in any medium or forum whatsoever, any statement or representation, or performing any act likely to lead members of the public, or

1

Plaintiff's employer, Southgate Ford Dealership, to believe, that Plaintiff is in some manner, either directly or indirectly, engaged, affiliated or connected with, illegal activity, fraud, and/or the victimization of the elderly and/or other general public consumers;

**IT IS HEREBY FURTHER ORDERED** that Defendant Anthony Palmer and all other persons in active concert or in participation with Defendant, shall immediately remove all statements or representations, in any medium or forum, regarding, or in any way related to Plaintiff Markus Irving that are likely to lead members of the public, or Plaintiff's employer, Southgate Ford Dealership, to believe, that Plaintiff is in some manner, either directly or indirectly, engaged, affiliated or connected with, illegal activity, fraud, and/or the victimization of the elderly and/or other general public consumers;

**IT IS HEREBY FURTHER ORDERED** that Plaintiff's request for attorney's fees in the amount of $2,500 is DENIED.

**IT IS HEREBY FURTHER ORDERED** that this injunction shall be in effect during the course of this action and until further order of this Court.

SO ORDERED.

Dated: September 27, 2018

                                                s/Gershwin A. Drain
                                                HON. GERSHWIN A. DRAIN
                                                United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 27, 2018, by electronic and/or ordinary mail.

                                           s/Julie Owens
                                           Case Manager